```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07314
   LUDOVIC BOTA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3124


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/23/2007 and was not confirmed.

     The case was dismissed without confirmation 07/09/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                        PAID         PAID
---------------------------------------------------------------------------
MARIANA DOINA IOAN-BOTA  NOTICE ONLY    NOT FILED             .00          .00
MARIANA DOINA LOAN       PRIORITY        35337.63             .00          .00
SPRINT-NEXTEL CORP       UNSECURED         406.85             .00          .00
FIREMANS FUND INSURANCE  UNSECURED       29619.69             .00          .00
MICHAEL B DEDIO          DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                         650.00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    650.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      650.00
                         ---------------      ---------------
TOTALS                     650.00                  650.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/18/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```